JULY 18, 1957

**No. 61075.**—SUIT 4894.—Esso Standard Oil Co. *v.* United States.—

—C. D. 1788 affirmed March 29, 1957.   C. A. D. 644.

BEFORE THE FIRST DIVISION, JULY 24, 1957

**No. 61076.**—Martin Freeman Co. *v.* United States, protest 271476–K (New York).

Opinion by OLIVER, C. J.   In accordance with oral stipulation of counsel that the merchandise identified on the invoice as items X885A, X885B, and X885C are not artificial fruits of alabaster, but are manufactures of alabaster, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, JULY 24, 1957

**No. 61077.**—Julien Giguet, Inc., et al. *v.* United States, protests 243956–K, etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of silk malines similar in all material respects to those the subject of *Elvic Import Corp.* v. *United States* (38 Cust. Ct. 13, C. D. 1837), the claim of the plaintiffs was sustained.